IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DORIAN EUGENE ROUNDTREE, #1707630 §

VS. § CIVIL ACTION NO. 4:13cv150

DIRECTOR, TDCJ-CID §

ORDER OF DISMISSAL

This civil action was referred to United States Magistrate Judge Don D. Bush. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections have been timely filed. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is therefore

ORDERED that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. It is also

ORDERED that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 19th day of September, 2013.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE